52 A.3d 1212

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Anthony MEDINA, Jr., Petitioner.**

No. 107 EM 2012.

Supreme Court of Pennsylvania.

Sept. 11, 2012.

230

## *ORDER*

PER CURIAM.

**AND NOW,** this 11th day of September, 2012, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **GRANTED.** Counsel is directed to file a Petition for Allowance of Appeal within 30 days of this order.